**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2309

ARLESTER EL JONES,

Plaintiff - Appellant,

v.

DOLE FOOD COMPANY, INC.; KAROL DEWITT, Human Resources
Manager, in her official capacity; TOM LEASE, Warehouse
Manager, in his official capacity; DOLE FRESH VEGETABLES,
INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Max O. Cogburn, Jr.,
District Judge.  (3:10-cv-00292-MOC)

Submitted:  May 21, 2012                Decided:  May 30, 2012

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arlester El Jones, Appellant Pro Se.  James Bernard Spears, Jr.,
Michael Lawrence Wade, Jr., OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, PC, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arlester El Jones appeals the district court's order granting summary judgment to the Defendants in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Dole Food Co., No. 3:10-cv-00292-MOC (W.D.N.C. Oct. 27, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2